NO. 07-05-0010-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



FEBRUARY 28, 2005



______________________________




JOSEPH ROBERTS AND J & L BAIL BONDS, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE COUNTY COURT OF OCHILTREE COUNTY;



NO. 2306; HONORABLE KENNETH RAY DONAHUE, JUDGE



_______________________________



Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

MEMORANDUM OPINION


 On January 14, 2005, the clerk of this court received a copy of a Notice of Appeal 
filed on behalf of appellants Joseph Roberts and J & L Bail Bonds. By letter dated January
14, 2005, the clerk advised counsel for appellants that a filing fee had not been received,
see Tex. R. App. P. 5. The clerk's letter likewise advised that failure to pay the filing fee
may result in dismissal of the appeal. See Tex. R. App. P. 42.3(c). 

 The filing fee has not been paid. Accordingly, this appeal is dismissed. Tex. R. App.
P. 42.3(c).

 James T. Campbell

 Justice





ffective to invoke the jurisdiction of this Court.

 Accordingly, the purported appeal is dismissed for want of jurisdiction.

 Don H. Reavis

 Justice

 
1. Tex. R. App. P. 47.2(a).